**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.: 2:26-mj-00051-KFW |
| ISAIAH RAMIREZ | |

**UNOPPOSED MOTION TO EXTEND TIME TO INDICT**

The United States of America hereby moves that the court enter an order under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), excluding the time that elapses between June 18, 2026, and July 24, 2026. In support of this motion, the government states the following:

The defendant made his initial appearance on a criminal complaint on February 13, 2026. The defendant was released on bond following a detention hearing on February 18, 2026. The court has previously entered three speedy indictment orders. Given the grand jury's schedule, in the absence of a Speedy Trial exclusion, the United States would present this matter to the grand jury for an indictment on June 17, 2026. The parties wish to have an additional period of time in which to discuss the potential for an alternate resolution to this case.

The interest of justice to be served by the requested exclusion of time outweighs the interest of the defendant and the public in a speedy trial because the parties are involved in discussions aimed at a resolution to this case that would negate the need for an indictment and a subsequent trial. Counsel for the defendant advised that the defendant has no objection to this motion and that the defendant waives his rights under the Speedy Trial Act for the period of the requested exclusion.

1

WHEREFORE, the United States respectfully request that the court enter an order excluding the period of time between June 18, 2026, and July 24, 2026, from calculation under the provisions of the Speedy Trial Act.

Dated: June 15, 2026

Respectfully Submitted,

ANDREW B. BENSON
United States Attorney

/s/Noah Falk
Assistant United States Attorney
100 Middle Street
Portland, ME 04101
207-780-3257
Noah.Falk@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I filed the foregoing Unopposed Motion to Extend Time to Indict using the Court's CM/ECF system, which will cause a copy of the motion to be sent to all counsel of record.

By:    /s/Kate Whalen
       Kate Whalen
       Paralegal Specialist


On Behalf Of:    Noah Falk
                 Assistant United States Attorney

3